IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE LEE MUSGRAVE,<br><br>Defendant. | CR 19-159-BLG-SPW-TJC<br><br>**ORDER** |

Defendant appeared before the Court on May 14, 2020, for a bond revocation hearing. At that time, the Court granted the United States' motion to withdraw its motion to revoke pretrial release. Accordingly, Defendant shall be released pending trial under the same terms and conditions previously imposed on Defendant's Pretrial Release (Doc. 7).

DATED this 14th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge